UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-60244-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,
v.

NANCY M. CALLO,
    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court on the Government's Petition for Warrant or Summons for Offender Under Supervision. (D.E. 56.) The matter was referred to Magistrate Judge John O'Sullivan who on March 31, 2008, issued a Report recommending that this Court take whatever action it deems appropriate with respect to the Government's petition based his finding that the Government proved the Defendant violated special condition number one of her probation.[1] (D.E. 77.) The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED. The Government's Petition for Warrant or Summons for Offender Under Supervision is GRANTED.

---

[1] The Magistrate Judge's Report specifies violation of special condition number one of Defendant's probation as follows:

    1.    **Violation of Special Condition**, by failing to participate in a Residential Reentry Center (RRC.) On or about December 5, 2007, the defendant was unsuccessfully discharged from the RRC for leaving the premises without authorization.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of May, 2008.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record